# EXHIBIT 1

Filing # 91885193 E-Filed 06/28/2019 06:30:38 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Linda Marin</u>
Plaintiff
        vs.
<u>AMAZON.COM.DEDC LLC</u>
Defendant

**II. TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.    REMEDIES SOUGHT** (check all that apply):
  ☒   Monetary;
  ☐   Non-monetary declaratory or injunctive relief;
  ☐   Punitive

**IV.    NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

<u>1</u>

**V.    IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐   Yes
  ☒   No

**VI.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒   No
  ☐   Yes – If "yes" list all related cases by name, case number and court:

**VII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒   Yes
  ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Rainier Regueiro</u>      FL Bar No.: <u>115578</u>
  Attorney or party                                                          (Bar number, if attorney)

  <u>Rainier Regueiro</u>      <u>06/28/2019</u>
  (Type or print name)                                                        Date

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO.:

LINDA MARIN,

    Plaintiff,

vs.

AMAZON.COM.DEDC, LLC,

    Defendant.
_____/

## COMPLAINT

**COMES NOW** Plaintiff, LINDA MARIN ("Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, AMAZON.COM.DEDC, LLC ("Defendant"), and alleges as follows:

1. This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys' fees or costs for damages, Florida Statute Section 760, discrimination based on disability to redress injury done to Plaintiff by the Defendant for discriminatory treatment. This is an action brought under the Florida Civil Rights Act, §760.01, et seq., Florida Statutes ("FCRA"). At all times material hereto, Plaintiff was a resident of Broward County, Florida.

2. Defendant is a Corporation authorized to conduct business in the State of Florida,

3. Venue is proper in Miami Dade County pursuant to Florida Statutes because the employment practices hereafter alleged to be unlawful were committed within the jurisdiction of Miami Dade County.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

4. Plaintiff worked for Defendant from on or about September 17, 2017 to on or about September 21, 2018 as a Warehouse Associate.

5. On or about June 10, 2018 Plaintiff suffered an injury while on the job.

6. Plaintiff injured her right leg from her hip to her ankle with a stack of 12 boxes that fell on top of her.

7. Plaintiff notified her Supervisor Xavier Xardy at the time of the accident.

8. Her doctor provided her with a list of restrictions and placed her on a leave of absence.

9. On or about June 29, 2018 about a month after her being on leave Plaintiff received an email from human resources terminating her for not showing her up to work.

10. Xardy had not informed Human Resources about the injury that Plaintiff had sustained.

11. On or about July 20, 2018 Plaintiff was terminated for a second time.

12. On or about September 21, 2018 Plaintiff received a third termination letter.

13. Plaintiff was told by her supervisor that if she couldn't do her job 100% compared to prior to the accident that she would be fired.

## COUNT I
### *Disability Discrimination in Violation of the FCRA*

14. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-23 above as if set out in full herein.

15. Plaintiff is a member of a protected class under the FCRA.

16. By the conduct describe above, Defendant has engaged in discrimination against Plaintiff because of Plaintiff's disability and subjected the Plaintiff to disability-based animosity.

17. Such discrimination was based upon the Plaintiff's disability in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff was disabled.

18. Defendant's conduct complained of herein was willful and in disregard of Plaintiff's protected rights.  Defendant and its supervisory personnel were aware that discrimination on the basis of Plaintiff's disability was unlawful but acted in reckless disregard of the law.

19. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendant.

20. The conduct of Defendant, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

21. The actions of the Defendant and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to federal law, to punish the Defendant for its actions and to deter it, and others, from such action in the future.

22. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendant's discriminatory practices unless and until this Honorable Court grants relief.

**WHEREFORE**, Plaintiffs respectfully prays for the following relief against Defendant:

a. Adjudge and decree that Defendant has violated the FCRA, and has done so willfully, intentionally, and with reckless disregard for Plaintiff's rights;

b. Enter a judgment requiring that Defendant pay Plaintiff appropriate back pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

c. Enter an award against Defendant and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d. Require Defendant to reinstate Plaintiff to his prior positions at the rate of pay and with the full benefits Plaintiff would have had Plaintiff not been discriminated against by Defendant, or in lieu of reinstatement, award front pay;

e. Award Plaintiff the costs of this action, together with a reasonable attorney fees; and

f. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**JURY TRIAL DEMAND**

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: __6/28/2019_____

Respectfully submitted,

_/s/ Rainier Regueiro_____
Rainier Regueiro
Florida Bar No. 115578
**COMEAU BUILDING**
319 Clematis Street, Suite 606
West Palm Beach, Fl. 33401
Telephone: (561) 225-1970
Facsimile: (305) 416-5005
E-mail: rregueiro@rgpattorneys.com

Filing # 92395693 E-Filed 07/11/2019 12:57:49 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO.: 2019-019545-CA-01

**LINDA MARIN,**

    **Plaintiff,**

vs.

**AMAZON.COM.DEDC, LLC,**

    **Defendant.**

_____/

**SUMMONS IN A CIVIL CASE**

TO: AMAZON.COM.DEDC, LLC, through its Registered Agent:

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

RAINIER REGUEIRO, ESQ.
REMER & GEORGES-PIERRE, PLLC.
COMEAU BUILDING
319 CLEMATIS STREET
SUITE 606
WEST PALM BEACH, FL. 33401

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

Filing # 92395693 E-Filed 07/11/2019 12:57:49 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO.: 2019-019545-CA-01

LINDA MARIN,

    Plaintiff,

vs.

AMAZON.COM.DEDC, LLC,

    Defendant.
_____/

SUMMONS IN A CIVIL CASE

TO: AMAZON.COM.DEDC, LLC, through its Registered Agent:

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

RAINIER REGUEIRO, ESQ.
REMER & GEORGES-PIERRE, PLLC.
COMEAU BUILDING
319 CLEMATIS STREET
SUITE 606
WEST PALM BEACH, FL. 33401

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts

_____    7/12/2019
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

State of Florida      County of MIAMI DADE      Circuit Court

Case Number: 2019-019545-CA-01

Plaintiff:
**LINDA MARIN**

vs.

Defendant:
**AMAZON.COM.DEDC, LLC**


PPJ2019003866

For:
Rainier Regueiro
Remer & Georges-Pierre, Pllc.
44 West Flagler Street
Suite 2200
Miami, FL 33130

Received by PRESTIGE PROCESS on the 10th day of September, 2019 at 2:46 pm to be served on **AMAZON.COM.DEDC, LLC, THORUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525.**

I, JESSICA POWELL, do hereby affirm that on the **11th day of September, 2019 at 2:30 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Ronnie Long** as **Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of AMAZON.COM.DEDC, LLC, THORUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 120, Hair: Light Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.      "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JESSICA POWELL
258

PRESTIGE PROCESS
14311 BISCAYNE BLVD
SUITE 613634
MIAMI, FL 33181
(786) 916-2424

Our Job Serial Number: PPJ-2019003866

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Filing # 92395693 E-Filed 07/11/2019 12:57:49 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

CASE NO.: 2019-019545-CA-01

LINDA MARIN,

    Plaintiff,

vs.

AMAZON.COM.DEDC, LLC,

    Defendant.
_____/

## SUMMONS IN A CIVIL CASE

TO: AMAZON.COM.DEDC, LLC, through its Registered Agent:

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

RAINIER REGUEIRO, ESQ.
REMER & GEORGES-PIERRE, PLLC
COMEAU BUILDING
319 CLEMATIS STREET
SUITE 606
WEST PALM BEACH, FL. 33401

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Harvey Ruvin,
Clerk of Courts

7/12/2019

CLERK                        DATE

(BY) DEPUTY CLERK